**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

LUIGI GIROTTO,

        Plaintiff,

v.

CARA PAIUK PHOTOGRAPHY LLC,
a Connecticut limited liability company,
d/b/a FACE FORWARD HEADSHOTS,
and TWENTY-TWO FORTY-FOUR
WEST PUTNAM AVENUE LIMITED
PARTNERSHIP, a Connecticut limited
partnership,

        Defendants.

CASE NO: 3:26-cv-00268

May 4, 2026

**DEFENDANT TWENTY-TWO FORTY-FOUR WEST PUTNAM AVENUE LIMITED**
**PARTNERSHIP'S MOTION FOR EXTENSION OF TIME TO ANSWER OR MOVE**

Pursuant to Rule 7(b) of the Local Rules, Defendant Twenty-Two Forty-Four West Putnam Avenue Limited Partnership ("22 44 WPALP") respectfully moves this Court for an extension of time of 30 days, up to and including May 18, 2026, to answer, move, or otherwise respond to the Complaint.

On February 21, 2026, Plaintiff Luigi Girotto initiated this action in the United States District Court for the District of Connecticut. On April 3, 2026, the Plaintiff filed an Amended Complaint naming as a Defendant Twenty-Two Forty-Four West Putnam Avenue Limited Partnership. As a result, the deadline for Pyramid to respond to the Amended Complaint was April 17, 2026 under Rule 15(a)(3) of the Federal Rules of Civil Procedure.

Good cause exists for this request because the undersigned was just retained to represent 22 44 WPALP in this action. 22 44 WPALP also requires additional time to carefully assess the allegations contained in Plaintiff's Amended Complaint which focuses on the level of accessibility

of the subject property, and which, due to their highly technical nature, may require the involvement of a variety of specialists. This extension of time may also permit the parties time to explore a potential amicable resolution of this matter without the need for further litigation.

Counsel for Plaintiff consents to this extension request. This is 22 44 WPALP's first request for an extension of time for this deadline.

WHEREFORE, 22 44 WPALP respectfully moves for a 30-day extension of time from April 17, 2026, up to and including May 18, 2026, to answer, move, or otherwise respond to the Complaint.

Dated: New Haven, Connecticut
        May 4, 2026,

THE DEFENDANT,
TWENTY-TWO FORTY-FOUR
WEST     PUTNAM     AVENUE     LIMITED
PARTNERSHIP.


By:   /s/  Edward Schenkel
Edward M. Schenkel, its attorney (ct28012)
Law Offices of Edward Schenkel, LLC
157 Church Street, 19th Floor New Haven, CT 06510
Tel: (860) 997-7835
Email: ESchenkel@Schenkellaw.com

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 4, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all counsel and pro se parties of record via electronic mail by operation of the Court's electronic filing system, or via first class mail, postage prepaid, and via email, on those parties unable to accept electronic filing, including to:

THE WEITZ LAW FIRM, P.A.
B. Bradley Weitz, Esq.
District of Connecticut Bar No.: 31969
Counsel for Plaintiff
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160
Telephone: (305) 949-7777
Facsimile: (305) 704-3877
E-mail: bbw@weitzfirm.com

By:__/s/_____
Edward M. Schenkel (ct28012)

3