**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

LUIGI GIROTTO,

        Plaintiff,

v.

CARA PAIUK PHOTOGRAPHY LLC,
a Connecticut limited liability company,
d/b/a FACE FORWARD HEADSHOTS,
and TWENTY-TWO FORTY-FOUR
WEST PUTNAM AVENUE LIMITED
PARTNERSHIP, a Connecticut limited
partnership,

        Defendants.

CASE NO: 3:26-cv-00268

May 13, 2026

**DEFENDANT TWENTY-TWO FORTY-FOUR WEST PUTNAM AVENUE LIMITED PARTNERSHIP'S SECOND MOTION FOR EXTENSION OF TIME TO ANSWER OR MOVE**

Pursuant to Rule 7(b) of the Local Rules, Defendant Twenty-Two Forty-Four West Putnam Avenue Limited Partnership ("22 44 WPALP" or "Defendant") respectfully moves this Court for an extension of time of 30 days, up to and including June 18, 2026, to answer, move, or otherwise respond to the Complaint. This is Defendant's second request for an extension of time.

On February 21, 2026, Plaintiff Luigi Girotto initiated this action in the United States District Court for the District of Connecticut. On April 3, 2026, the Plaintiff filed an Amended Complaint naming as a Defendant Twenty-Two Forty-Four West Putnam Avenue Limited Partnership. As a result, the deadline for Pyramid to respond to the Amended Complaint was April 17, 2026 under Rule 15(a)(3) of the Federal Rules of Civil Procedure.

On May 3rd, Defendant filed its first motion for an extension of time up until and including May 18th, 2026. Defendant requires additional time to plead for the reasons stated herein.

Good cause exists for this request because 22 44 WPALP still requires additional time to carefully assess the allegations contained in Plaintiff's Amended Complaint which focuses on the level of accessibility of the subject property, and which, due to their highly technical nature, may require the involvement of a variety of specialists.

Importantly, undersigned just became aware that another case was filed against Defendant with similar allegations, which requires additional time to investigate and determine how such case relates to the instant matter. Undersigned may also be retained in that case as well but has not been at this time. *See LUIGI GIROTTO v. SORAB & ROSHI DESIGN, INC., ET AL.*, CASE NO: 3:26-cv-00280.

Additionally, Plaintiff has not yet filed the return of service for the Amended Complaint served on Defendant and Defendant needs to review same as well before filing a responsive pleading or motion. Defendant cannot form a responsive pleading or motion until same is filed.

Last, this extension of time may also permit the parties time to explore a potential amicable resolution of this matter without the need for further litigation.

Undersigned has requested consent from Plaintiff's counsel but has not received a response.

WHEREFORE, 22 44 WPALP respectfully moves for a 30-day extension of time up to and including June 18, 2026, to answer, move, or otherwise respond to the Amended Complaint.

Dated: New Haven, Connecticut

May 13, 2026,

THE DEFENDANT,
TWENTY-TWO FORTY-FOUR
WEST    PUTNAM    AVENUE    LIMITED
PARTNERSHIP.

By:__/s/_Edward Schenkel_____
Edward M. Schenkel, its attorney (ct28012)
Law Offices of Edward Schenkel, LLC
157 Church Street, 19th Floor New Haven, CT 06510
Tel: (860) 997-7835
Email: ESchenkel@Schenkellaw.com

3

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all counsel and pro se parties of record via electronic mail by operation of the Court's electronic filing system, or via first class mail, postage prepaid, and via email, on those parties unable to accept electronic filing, including to:

THE WEITZ LAW FIRM, P.A.
B. Bradley Weitz, Esq.
District of Connecticut Bar No.: 31969
Counsel for Plaintiff
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160
Telephone: (305) 949-7777
Facsimile: (305) 704-3877
E-mail: bbw@weitzfirm.com

By:  /s/
Edward M. Schenkel (ct28012)

4